### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF ARKANSAS
#### JONESBORO DIVISION

DENNIS BREWER, et al

v.                              CASE NO. 3:11cv00207 JMM

WAYNE GATELY, et al

### ORDER

The above case was filed October 20, 2011. The receipt for the filing (DE #2) indicates the Payer as Panther Acquisitions, LLC.

The Court has been notified by the Clerk's Office that the check has returned as unpaid due to insufficient funds.

A letter from the Clerk's Office was sent by certified mail to Panther Acquisitions, LLC, P.O. Box 42031, Memphis, Tennessee 38174-2031 on November 22, 2011, requesting a cashier's check or money order in the amount of $403.00 ($350.00 filing fee and $53.00 returned check charge). The letter has returned indicating the Post Office Box is closed and there is no forwarding order on file.

Counsel is directed to submit a cashier's check or money order in the amount of $403.00, payable to the Clerk's Office, 600 West Capitol, Suite A-149, Little Rock, Arkansas 72201. If the payment is not received within twenty (20) days of the date of this Order the case will be closed.

The Clerk is directed to mail a copy of this order by regular and certified mail to Mr. Javier M. Bailey, The Walter Bailey Law Firm, 100 North Main Street, Suite 3002, Memphis, TN 38103. The Clerk is also directed to provide a copy of this Order to the Financial Section of the Clerk's Office.

IT IS SO ORDERED this 3rd day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE