IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DENNIS BREWER; MICHAEL JILES;
JEFFERY CARTER; CHRIS JACKSON                                        PLAINTIFF

Vs.                            CASE NO.  3:11cv00207 JMM

WAYNE GATELY, et. al,                                                DEFENDANTS


ORDER

On January 3, 2012, the Court ordered Plaintiffs to submit the $350.00 filing fee

within 20 days because the check for the original filing fee presented October 20, 2011,

was returned for insufficient funds.  Plaintiffs have not paid the filing fee.  Pursuant to Rule

41(a)(2), the Court finds that the case must be involuntarily dismissed without prejudice for

failure to follow the Court's Order and failure to pay the filing fee.  *See Link v. Wabash*

*Railroad Co.,* 370 U.S. 626, 82 S.Ct. 1386 (1962).  The Clerk is directed to close the case.

IT IS SO ORDERED this 24th day of January, 2012.


_____
UNITED STATES DISTRICT JUDGE